FILED

2003 SEP 12 P 12: 30

GRANTED ABSENT OPPOSITION
(LOCAL RULE 9(a))

Alan H. Nevas, USDJ

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANE DOE II                    :    CIVIL ACTION
                               :    NO. 3:01CV1026 (AHN)
                               :
                               :
CITY OF HARTFORD, ET AL        :    SEPTEMBER 11, 2003

## MOTION TO STRIKE PORTIONS OF THE PLAINTIFF'S AFFIDAVIT AND THE AFFIDAVIT SUBMITTED BY YOLANDA SANTIAGO

Pursuant to Rule 56(e) and Rule 12(f) of the Federal Rules of Civil Procedure, the undersigned defendants, City of Hartford, Joseph Croughwell, Jeffrey Flaherty, Franco Sanzo, David Kenary, Terrance Blair, Robert Lawlor and Christopher Lyons, hereby move to strike those portions of the plaintiff's Affidavit and the Affidavit by Yolanda Santiago which are not based upon personal knowledge or which contain inadmissible hearsay. For the reasons set forth in the attached Memorandum of Law, the defendants' motion should be granted.

05645.0598

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105