```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT

                     Miscellaneous Calendar

             Honorable Alan H. Nevas, U. S. D. J.
                    915 Lafayette Boulevard
                          Bridgeport
                        Courtroom #3

                       January 6, 2004

                         12:00 Noon
```

CASE NO. **3:01cv1026 (AHN)**   <u>Doe v Hartford, et al</u>

MOTION FOR SUMMARY JUDGMENT

Brian P. Leaming

James J. Szerejko

Wesley S. Spears
53 Russ St.
Hartford, CT 06106

```
                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK
```

Any request for postponement should be addressed to Alice Montz at 203-579-5952