FILED

2004 JAN -9  P 12: 31

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE II | : | CIVIL ACTION |
| | : | NO. 3:01CV1026 (AHN) |
| V. | : | |
| CITY OF HARTFORD, ET AL | : | JANUARY 7, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, City of Hartford, Joseph Croughwell, Jeffrey Flaherty, Franco Sanzo, David Kenary, Terrance Blair, Robert Lawlor and Christopher Lyons, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants continue to be represented by James J. Szerejko of Halloran & Sage LLP.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

05645.0597

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
CITY OF HARTFORD,
JOSEPH CROUGHWELL,
JEFFREY FLAHERTY,
FRANCO SANZO,
DAVID KENARY,
TERRANCE BLAIR,
ROBERT LAWLOR AND
CHRISTOPHER LYONS


By _____
Brian P. Leaming
HALLORAN & SAGE LLP
Fed. Bar #ct16075
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 7th day of January, 2004, I hereby mailed a copy of the foregoing to:

Wesley S. Spears, Esq.
53 Russ Street
Hartford, CT 06106

**cc: *via certified mail:***

Alexander Aponte, Esq.
Office of Corporation Counsel
550 Main Street
Hartford, CT 06103

Mr. Jeffrey Flaherty
23 Edgewood Street
Cromwell, CT 06416

Lt. David Kenary
Hartford Police Department
50 Jennings Road
Hartford, CT 06106

Detective Robert Lawlor
Hartford Police Department
50 Jennings Road
Hartford, CT 06106

Sergeant Franco Sanzo
Hartford Police Department
50 Jennings Road
Hartford, CT 06120

Mr. Joseph Croughwell
5212 Holly Forrest Lane
Hollywood, SC 29449

Detective Terry Blair
Hartford Police Department
50 Jennings Road
Hartford, CT 06120

Mr. Christopher Lyons
Campus Safety
Trinity College
76 Vernon Street
Hartford, CT 06106

Brian P. Leaming

500893.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105