

FILED
2004 JAN -9 P 12: 31
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE II | : | CIVIL ACTION |
| | : | NO. 3:01CV1026 (AHN) |
| V. | : | |
| CITY OF HARTFORD, ET AL | : | JANUARY 7, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, City of Hartford, Joseph Croughwell, Jeffrey Flaherty, Franco Sanzo, David Kenary, Terrance Blair, Robert Lawlor and Christopher Lyons, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants continue to be represented by James J. Szerejko of Halloran & Sage LLP.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

1/12/04 GRANTED. SO ORDERED.
ALAN H. NEVAS

FILED 2004 JAN 12 A 11: 29
US DISTRICT COURT
BRIDGEPORT CT

05645.0597

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105