HONORABLE _Alvin Nevas_

DEPUTY CLERK _Mantz_      RPTR/ERO/TAPE _Oroville_

DATE _1-28-04_      START TIME _12:00_   END TIME _1:00_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _3:01cv 1026_

Jane Doe

vs.

City of Hartford

§
§
§
§
§

Wesley Spears
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

James Szerejko
Defendant's Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- [x] (mtnhrg.) Motion Hearing
- [ ] (contmphrg.) Contempt Hearing
- [ ] (prbhrg.) Probable Cause Hearing
- [ ] (mschrg.) Miscellaneous Hearing
- [ ] (confmhrg.) Confirmation Hearing
- [ ] (evidhrg.) Evidentiary Hearing
- [ ] (fairhrg.) Fairness Hearing
- [ ] (showhrg.) Show Cause Hearing
- [ ] (jgmdbexam.) Judgment Debtor Exam
- [ ] (stmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

- [x] # _____ Motion _for Summary Judgment_ ☐ granted ☐ denied ☐ advisement
- [ ] # _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] # _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] # _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] # _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] # _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] # _____ Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
- [ ] _____ ☐ filed ☐ docketed
- [ ] _____ ☐ filed ☐ docketed
- [ ] _____ ☐ filed ☐ docketed
- [ ] _____ ☐ filed ☐ docketed
- [ ] _____ ☐ filed ☐ docketed
- [ ] _____ ☐ filed ☐ docketed
- [ ] _____ ☐ filed ☐ docketed
- [ ] _____ ☐ filed ☐ docketed
- [ ] _____ ☐ filed ☐ docketed
- [ ] Hearing continued until _____ at _____