UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE II | : | CIVIL ACTION |
| | : | NO. 3:01CV1026 (AHN) |
| V. | : | |
| CITY OF HARTFORD, ET AL | : | JANUARY 30, 2004 |

## **APPEARANCE**

Enter my appearance as Attorney for the defendants, City of Hartford, Joseph Croughwell, Jeffrey Flaherty, Franco Sanzo, David Kenary, Terrance Blair, Robert Lawlor and Christopher Lyons, in the above-captioned matter

      THE DEFENDANTS:
      CITY OF HARTFORD,
      JOSEPH CROUGHWELL,
      JEFFREY FLAHERTY,
      FRANCO SANZO,
      DAVID KENARY,
      TERRANCE BLAIR,
      ROBERT LAWLOR AND
      CHRISTOPHER LYONS

By_____
  Eric P. Daigle
  HALLORAN & SAGE LLP
  Fed. Bar #ct23486
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103
  (860) 522-6103

05645.0597

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

     This is to certify that on this 30th day of January, 2004, I hereby mailed a copy of the foregoing to:

Wesley S. Spears, Esq.
53 Russ Street
Hartford, CT 06106

 

_____
Eric P. Daigle

510099.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105