IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE II | : | CIVIL ACTION |
| | : | 3:01-CV-1026 (AHN) |
| V. | : | |
| CITY OF HARTFORD, ET AL | : | FEBRUARY 7, 2005 |

## CITY OF HARTFORD'S AND CHIEF JOSEPH CROUGHWELL'S
## MOTION FOR RECONSIDERATION

Pursuant to Rule 59 of the Federal Rules of Civil Procedure and Local Rule 7(c), the co-defendants, the City of Hartford and Chief Joseph Croughwell, hereby move for reconsideration of the Court's January 26, 2005 Ruling denying their motion for summary judgment. In support of their motion, Hartford and Chief Croughwell have submitted a memorandum of law. For the reasons set forth in detail in that memorandum, the Court should grant reconsideration and enter summary judgment in favor of Harford and Chief Croughwell.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

**WHEREFORE**, for the reasons set forth in their memorandum of law, Hartford and

Chief Croughwell request that the Court grant reconsideration and enter summary judgment in

their favor.

Respectfully submitted,

**CO-DEFENDANTS
CITY OF HARTFORD AND
CHIEF JOSEPH CROUGHWELL**


By: _____
James J. Szerejko, Esq.
CT Fed. Bar No. 04326
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: (860) 522-6103
Fax: (860) 548-0006
E-mail: szerejko@halloran-sage.com

Their Attorney

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 7th day of February, 2005, the foregoing was caused to be served via U.S. Mail, postpaid, to:

Wesley S. Spears, Esq.
53 Russ St.
Hartford, CT  06106

James J. Szerejko

646322_1 DOC

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105