FILED

2005 APR -1  P 12: 36

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE II | : |
| | : CIVIL ACTION |
| V. | : NO: 3:01CV1026 (AHN)(HBF) |
| | : |
| CITY OF HARTFORD, ET AL | : March 30, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

The plaintiff, Jane Doe II by and through her undersigned attorney respectfully request an enlargement of time of seven (7) days to file plaintiff's Brief in Opposition to Defendant's Motion for Reconsideration. Counsel for the defendant does not object to the granting of this Motion. In support of this Motion plaintiff submits the following.

Plaintiff's Brief in Opposition to defendant's Motion for Reconsideration is due on April 1, 2005. Plaintiff has been involved in two trials since the status conference. Over the last week counsel plaintiff has been involved in the hearing of a Motion to Suppress. Counsel for the plaintiff has had a large number of professional responsibilities which Plaintiff made the identical allegations as to City of Hartford, as well as the other individual defendants. Plaintiff has therefore, plead a valid 'failure to supervision and deliberate indifference claim'. has consumed a large amount of plaintiff's time. Counsel for the plaintiff needs the additional time to complete plaintiff's brief in order to respond fully to defendant's forty two page brief.

Wherefore, for the foregoing reasons, the undersigned defendants respectfully requests that this Motion be granted.

PLAINTIFF, JANE DOE II

By: /s/ Wesley S. Spears
Wesley S. Spears
53 Russ Street
Hartford, CT 06106
(860) 724-0505
(860) 249-1533
Federal Bar #01516

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid on this 1st day of April, 2005 to:

James Szerejko
Halloran & Sage
225 Asylum Avenue
Hartford, CT 06103

Wesley S. Spears

2