FILED

2005 APR 13  A 10: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE II | : | CIVIL ACTION |
| | : | NO. 3:01CV1026 (AHN) |
| V. | : | |
| CITY OF HARTFORD, ET AL | : | APRIL 12, 2005 |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

The undersigned defendants, City of Hartford and Joseph Croughwell, respectfully request an enlargement of time within which to reply to the plaintiff's Memorandum of Law in Opposition to our Motion for Reconsideration for an additional seven (7) days, to and including April 29, 2005. In support of this motion, the defendants state that same is for good cause as follows.

Counsel for the undersigned defendants will require additional time to analyze and research the legal issues stated in plaintiff's lengthy 31-page memorandum of law in order to properly and completely reply to same. Counsel for the defendants has agreed to two (2) extensions of time for the plaintiff to file his memorandum of law in opposition to our motion for reconsideration, and we respectfully request that the Court, similarly, allow additional time for the defendants.

Counsel for the defendants has contacted plaintiff's counsel, and he has no objection to this motion.

05645.0598

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is the defendants' <u>first</u> request for an enlargement of time within which to file their reply brief.

Wherefore, for the foregoing reasons, the undersigned defendants respectfully request an enlargement of time of seven (7) days to file their reply brief.

THE DEFENDANTS:
CITY OF HARTFORD AND
JOSEPH CROUGHWELL

By _____
James J. Szerejko
HALLORAN & SAGE LLP
Fed. Bar #ct04326
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
szerejko@halloran-sage.com

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 12th day of April, 2005, I hereby mailed a copy of the foregoing to:

Wesley S. Spears, Esq.
53 Russ Street
Hartford, CT 06106

*James J. Szerejko*

384472.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105