UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 OCT 24 ⊓ 1: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JANE DOE II

v

SALVATORE ABATEILLO
JESUS RIVERA

CIVIL NO.  3:01CV1026 (AHN)

## ORDER OF DISMISSAL

The above named defendants are hereby dismissed without prejudice pursuant to Rule

41(a)(2) of the Federal Rules of Civil Procedure because of plaintiff's failure to prosecute.

It is so ordered.

Dated at Bridgeport, Connecticut this 24th day of October 2005.

Alan H. Nevas
United States District Judge