UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANE DOE II

    v

CITY OF HARTFORD,
CHIEF JOSEPH CROUGHWELL
DEPUTY CHIEF JEFFREY FLAHERTY
LIEUTENANT DAAVID KENARY
DETECTIVE TERRY BLAIR            CIVIL NO. 3:01CV1026 (AHN)
SERGEANT CHRISTOPHER LYONS
SERGEANT FRANCO SANZO
SALVATORE ABATEILLO
MICHAEL BASILE
SALVATORE GALLO
JESUS RIVERA

## JUDGMENT

    This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendants' motion for summary judgment.

    The court heard oral argument on January 28, 2004 and has reviewed all of the papers filed in conjunction with the motion for summary judgment. On January 26, 2005, a Ruling was entered granting in part and denying in part the defendants' motion for summary judgment. Summary judgment was granted as to defendants Chief Flaherty, Lieutenant Kenary, Detective Blair, Sergeant Lyons, and Sergeant Sanzo and was denied as to The City of Hartford and Chief Croughwell. On February 7, 2005 the defendants City of Hartford and Joseph Croughwell filed a motion for reconsideration of the ruling entered on January 26, 2005 and thereafter a hearing was held on June 28, 2005. On August 22, 2005 a ruling entered vacating its earlier ruling as to defendants City of Hartford and Chief Croughwell and granting summary judgment in favor of

the defendants.

On February 5, 2002 the Court entered an endorsement ruling granting defendant Salvatore Gallo's Motion to Dismiss.

On April 24, 2003 the Court entered an endorsement ruling granting the plaintiff's motion to withdraw the complaint as to Michael Basile.

On October 12, 2005 the court dismissed the action against defendant Robert Lawlor in accordance with the representation of plaintiff's counsel on September 3, 2003.

On October 24, 2005 an Order of Dismissal was entered as to Salvatore Abateillo and Jesus Rivera pursuant to Rule 41(a)(2) of the F.R.Civ.P.

Therefore it is ORDERED and ADJUDGED that judgment is entered in favor of the defendants City of Hartford, Joseph Croughwell, Jeffrey Flaherty, Franco Sanzo, David Kearney, Terrance Blair and Christopher Lyons and the case is closed.

Dated at Bridgeport, Connecticut this 26th day of October, 2005.

KEVIN F. ROWE, Clerk

By /s/ Alice Montz
Deputy Clerk

Entered on Docket _____